TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
LOGAN L. PAGE (Cal. Bar No. pending)
Assistant United States Attorney
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0482
Email: Logan.Page@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LOGAN L. PAGE | CR Misc. NO.: 2:26-CM-00119<br><br>REQUEST FOR LEAVE OF COURT TO PRACTICE ON BEHALF OF THE UNITED STATES OF AMERICA<br><br>PROPOSED ORDER FILED CONCURRENTLY |

TO THE HONORABLE DOLLY M. GEE, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

The applicant, LOGAN L. PAGE, states that he is a member in good standing of the bar of the District of Columbia (admitted January 24, 2020, Bar No. 1673526) and is eligible to practice before the courts of that jurisdiction. Additionally, on September 15th, the applicant filed a G60 application with this Court on which the applicant noted that his California bar status was pending. The applicant was under the impression that this was the correct form to use for admission. The applicant has since learned this is not the correct form, and is filing this motion.

Further, as confirmed by the attached status report from the State Bar of California, applicant certifies and affirms that he is registered with the State Bar of California Office of Admission, sat for the July 2026 administration of the California Bar Examination, and will otherwise submit all necessary documents and applications.

Wherefore, pursuant to Local Rule 83-2.1.4.1, the applicant respectfully requests leave of this Court to practice law in the Central District of California on behalf of the United States of America. The applicant will submit to this Court proof of admission to the State Bar of California no later than one year after the date of this application.

Dated: September 29, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
& Chief, Criminal Division

/s/ Logan L. Page
LOGAN L. PAGE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA