TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
LOGAN L. PAGE (Cal. Bar No. pending)
Assistant United States Attorney
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0482
Email: Logan.Page@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LOGAN L. PAGE | CR Misc. NO.: 2:26-CM-00119<br><br>[PROPOSED] ORDER GRANTING LEAVE OF COURT TO PRACTICE ON BEHALF OF THE UNITED STATES OF AMERICA |

For good cause shown, IT IS HEREBY ORDERED that the applicant, LOGAN L. PAGE, is admitted to practice on behalf of the United States of America before this Court for one year, from September 28, 2026 to September 28, 2027.

Dated: ________________

___________________________________
HONORABLE DOLLY M. GEE
Chief Judge,
United States District Court

Prepared by:

/s/ __________________________
Logan L. Page
Assistant United States Attorney